UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARY A LAUENSTEIN, Trustee of the Mary A Lauenstein Trust Dated December 21, 1988,<br><br>      Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB; GOLDEN WEST ASSOCIATION SERVICE CO., A California Corporation; WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A Division of WELLS FARGO BANK, N.A., F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST, LLC; and DOES 1 through 20,<br><br>      Defendants.<br>_____/ | NO. CIV. 2:11-2111 WBS CKD<br><br><u>ORDER OF RECUSAL</u> |

----oo0oo----

        The undersigned hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1  to compensate for such reassignment.
2        Any dates previously set in this case are hereby
3  VACATED.
4  DATED: August 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE