IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary A. Lauenstein, Trustee of the Mary A. Lauenstein Trust Dated December 21, 1988,<br><br>        Plaintiff,<br><br>    v.<br><br>World Savings Bank, FSB, Golden West Ass'n Serv. Co., Wells Fargo Bank, N.A., NDEX West LLC, Wells Fargo, N.A.,<br><br>        Defendants. | 2:11-cv-2111-GEB-CKD<br><br>ORDER REMANDING UNLAWFUL DETAINER ACTION[*] |

Plaintiff filed a document entitled "Notice of Joinder and Removal by Defendant Pursuant to 28 U.S.C. § 1332" ("Notice") in which Plaintiff removed an unlawful detainer action, filed in Placer County Superior Court, to federal court and joined it with this federal action. (ECF No. 15.) Plaintiff removed the action on the grounds of diversity of citizenship. However, this is an inappropriate ground for removal, because Plaintiff, who is the defendant in the unlawful detainer action, is a citizen of California and an action is removable "only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b).

---

    [*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1    Therefore, the unlawful detainer action is remanded to
2 Superior Court for the State of California located in the County of
3 Placer.

4 Dated: September 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2