IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary A. Lauenstein, Trustee of the Mary A. Lauenstein Trust Dated December 21, 1988,<br><br>        Plaintiff,<br><br>    v.<br><br>World Savings Bank, FSB, Golden West Ass'n Serv. Co., Wells Fargo Bank, N.A., NDEX West LLC, Wells Fargo, N.A.,<br><br>        Defendants. | 2:11-cv-2111-GEB-CKD<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING |

        Plaintiff's motion to remand this case to California Superior Court, which was filed on August 12, 2011, has been rescheduled for hearing on October 24, 2011 commencing at 9:00 a.m. Further briefing is required in light of Plaintiff's failure to address the statute applicable to determining the citizenship of a national bank.

        Plaintiff argues in the remand motion that Defendant Wells Fargo's Form 10-k SEC filings reveal that it maintains its corporate headquarters in San Francisco, California and under 28 U.S.C. § 1332(c), complete diversity is lacking because Wells Fargo's principal place of business is located in California. (Mot. 9:1-10:2., ECF No. 5.)

        Defendants Wells Fargo and Golden West jointly filed an opposition to Plaintiff's motion in which they argue citizenship of national banks is determined by 28 U.S.C. § 1348 and under this statute

1 Defendant Wells Fargo is only a citizen of the state where it maintains
2 its main office as designated by its articles of association, which is
3 South Dakota. (Opp'n 2:15-5:19, ECF No. 19.) Plaintiff failed to file a
4 reply brief.

5 Section 1348 prescribes in pertinent part: "All national
6 banking associations shall, for the purposes of all other actions by or
7 against them, be deemed citizens of the States in which they are
8 respectively located." Since a determination of the meaning of the word
9 "located" in § 1348 concerns whether jurisdiction exists in this case,
10 additional briefing on this issue is ordered; the briefing shall include
11 applicable legislative and/or statutory history.

12 Therefore, no later than October 11, 2011, each party shall
13 file a brief addressing this issue. Any response brief shall be filed no
14 later than October 18, 2011.

15 Dated:   September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge