UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Mary A. Lauenstein, Trustee of the Mary A Lauenstein Trust Dated December 21, 1988,<br>Plaintiff,<br>v.<br>World Savings Bank, FSB; Golden West Association Service Co., A California Corporation; Wells Fargo Bank, N.A., A/K/A Wachovia Mortgage, A Division of Wells Fargo Bank, N.A., F/K/A Wachovia Mortgage, FSB; NDEX West, LLC; and DOES 1 through 20,<br>Defendants. | Case No. 2:11-cv-02111-GEB-CKD<br><br>[Assigned to the Honorable Garland E. Burrell, Jr., Courtroom 10]<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND BRIEFING SCHEDULE |

The Court is in receipt of the *ex parte* motion to request to extend briefing schedule filed by defendants Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a as Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and Golden West Savings Association Service Co. ("Golden West") (collectively, the "Defendants").

The Court, having read and fully considered the request and its supporting declaration, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. Defendants' request is granted;

2. The parties shall have until and including October 24, 2011 to comply with this Court's September 28, 2011 Order regarding supplemental briefing;

3. Said supplemental briefing may contain analogous citizenship authorities;

4. The parties shall have until October 31 to file any reply brief; and

5. The Motion to Remand shall be heard on November 7, 2011 at 9:00 a.m.

Dated: October 5, 2011

GARLAND E. BURRELL, JR.
United States District Judge