IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary A. Lauenstein, Trustee of the Mary A. Lauenstein Trust Dated December 21, 1988,<br><br>            Plaintiff,<br><br>       v.<br><br>World Savings Bank, FSB, Golden West Ass'n Serv. Co., Wells Fargo Bank, N.A., NDEX West LLC, Wells Fargo, N.A.,<br><br>            Defendants.<br>_____ | 2:11-cv-2111-GEB-CKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND[*] |

   On August 12, 2011, Plaintiff filed a motion to remand this case to the California Superior Court from which it was removed. Plaintiff argues removal was improper since it was based solely on diversity jurisdiction which is lacking. Specifically, Plaintiff contends that Defendant Wells Fargo Bank, N.A., which is a national bank, is a citizen of California.

   28 U.S.C. § 1348 prescribes "[a]ll national banking associations shall . . . be deemed citizens of the states in which they are respectively located." Supplemental briefing was ordered on the meaning of the word "located" in 28 U.S.C. § 1348. (ECF No. 23) Cited in response to the request for supplemental briefing is Guinto v. Wells

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Fargo Bank, No. 11-cv-372-LKK, 2011 WL 4738519, 2011 U.S. Dist. LEXIS 114986 (E.D. Cal, Oct. 5, 2011), a case in which the court's following findings are undisputed facts in the case sub judice: "Wells Fargo Bank, N.A., is a national banking association with its 'main office' in Sioux Falls, South Dakota, and its 'principal place of business' in San Francisco, California." Id. at *1. Further, the Guinto court held that Ninth Circuit precedent in American Surety Co. v. Bank of California, 133 F.2d 160 (9th Cir.1943), governs the location of Wells Fargo under 28 U.S.C. § 1348, since the Ninth Circuit held in American Surety Co., when "interpreting the predecessor statute to 28 U.S.C. § 1348," "that a national bank is located in the State where it maintains its principal place of business." Id. at *1. Since American Surety Co. is precedent governing the location issue, diversity jurisdiction does not exist. Therefore, Plaintiff's remand motion is GRANTED, and this case is remanded to the Superior Court for the State of California located in the County of Placer.

Dated: November 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge